Cody Christiansen, SBN 287005
**THE BARNES FIRM, L.C.**
555 12th Street, Suite 1470
Oakland, CA 94607
Telephone:   (800) 800-0000
Facsimile:   (888) 800-7050
Email:        cody.christiansen@thebarnesfirm.com

Attorneys for Plaintiff
Jorge Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GARCIA, an individual, | Case No. 4:22-cv-05554-HSG |
| Plaintiff; | |
| v. | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| FAIR AMERICAN SELECT INSURANCE COMPANY, a business entity; BROADSPIRE, a business entity; and DOES 1 to 50, inclusive, | |
| Defendants. | |

Plaintiff Jorge Garcia and Defendant Fair American Select Insurance Company, the only appearing parties, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs.

DATED:  November 30, 2023.             The Barnes Firm L.C.


                                       /s/ Cody Christiansen
                                       Cody Christiansen
                                       Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: November 30, 2023. | Nicolaides Fink Thorpe Michaelides Sullivan LLP |
| 2 | | |
| 3 | | <u>/s/ Laura H. Smith</u><br>Laura H. Smith |
| 4 | | Attorney for Defendant Fair American Select Insurance Company |

ORDER OF DISMISSAL

Pursuant to the stipulation of the appearing parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT S ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  12/1/2023

Hon. Haywood S. Gilliam Jr.
United States District Judge